**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02201-LTB-KMT

MARVIN GREEN,

     Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

     Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Motion to Refile Summary Judgment Response (Doc 104) with Exhibits (Doc 105 - filed December 19, 2012) is **GRANTED**. Document 104 is stricken and replaced with Document 106.

Dated: December 20, 2012

---