**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02201-LTB-KMT

MARVIN GREEN,

       Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Motion to Replace Exhibits 5, 6, and 10, Which Are Part of Doc 117, with Proper Redacted Exhibits (Doc 118 - filed January 8, 2013) is **GRANTED**.


Dated:  January 9, 2013