IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy:  Jennifer Hawkins | Date:  January 24, 2013 |
| Court Reporter:       Mary George | |

_____

| | |
|---|---|
| Civil Case No. 10-cv-02201-LTB-KMT | _Counsel:_ |
| MARVIN GREEN, | Elisa Moran |
| | John Mosby |
| Plaintiff, | |
| v. | |
| | Nathalie Cohen |
| PATRICK R. DONAHOE, | |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - MOTION HEARING

9:00 a.m.  Court in Session.

Discussion between the Court and counsel regarding Plaintiff's Objection and Appeal of Magistrate Judge's Order Dated November 20, 2012 (Doc 91).

9:03 a.m. Argument by Mr. Mosby.

9:19 a.m. Argument by Ms. Cohen.

9:41 a.m. Argument by Mr. Mosby.

**ORDERED**:  Plaintiff's [94] Objection and Appeal of Magistrate Judge's Order Dated November 20, 2012 (Doc. 91) is **REVERSED.** Written Order to follow**.**

**ORDERED**:  Plaintiff's Second Motion for Sanctions, filed on December 3, 2012,  [97] is **GRANTED**.

1

**ORDERED**: Plaintiff's Motion for Additional Discovery Based on the Magistrate Judge's Order Dated 11-20-12, filed on January 2, 2013, [110] is **DENIED AS MOOT**.

9:59 Court in Recess.
Hearing concluded.
Time:  59 minutes