IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-02201-LTB-KMT

MARVIN GREEN,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered throughout the course of proceedings in this case, the following final judgment is hereby entered.

I.    PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on October 28, 2011, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Defendant's Motion to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED.  It is

    FURTHER ORDERED that Plaintiff's First, Second, and Third Claims are DISMISSED for want of subject matter jurisdiction.

II.    PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on February 4, 2013, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Patrick R. Donahoe, and against Plaintiff, Marvin Green.  It is

FURTHER ORDERED that Plaintiff's Amended Complaint and this civil action are DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that Defendant, Patrick R. Donahoe shall have his costs by the filing of a Bill of Costs, in accordance with Fed. R. Civ. P. 54 and D.C.COLO.LCivR 54.1 with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this  7th   day of February, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk