**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02201-LTB-KMT

MARVIN GREEN,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, United States Postal Service,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Unopposed Motion to Withdraw as Counsel (Doc 147 - filed February 4, 2015) is **GRANTED**. Jacob Licht-Steenfat is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Assistant United States Attorney Katherine Ross.

Dated: February 5, 2015